Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| In Re: | |
|---|---|
| **STUART LYNN KRAUS,** <br> **JULIE KAE KRAUS,** <br><br> Debtors. | Case No: 16-40222-JDP <br> Chapter 13 |

OBJECTION TO PROOF OF CLAIM

> No Response.  The Court may consider this request for an order without further notice or hearing unless a party in interest files a response within 30 days of service of this notice.
>
> If a response is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice of hearing.
>
> Response.  Any response shall set out the legal and/or factual basis for the response.  A copy of the response shall be served on the movant.

Debtors, through their undersigned attorney, move the Court to disallow the Proof of Claim ("POC") filed by Cavalry Spv I, LLC ("Cavalry") based upon the following:

1. Debtors object to Cavalry's POC under §502(b)(1).  Debtors, through a third party who was also using the account, made payments on this card.  Capital One rejected some of those payments which is why the Debtors were disputing the account and the amount owing.  Capital One has not provided any explanations as to why the payments were rejected.  The account is believed to be paid in full, or if it is not, at a significantly lower amount.   Cavalry has not provided the explanation for the rejection of payments, why they are not accepted, and as such the claim is inaccurate.  The interest, late fees, and other costs are inappropriate due to the rejected

payments.  Cavalry received and accepted this claim with its relevant disputes and issues and has failed to provide the requisite documentation, accountings, application of interest, and other necessary information.  The claim does not enjoy prima facie validity.  Debtors request the claim be disallowed.

      2.      The claim appears to be an assignment or transfer of debts from Capital One to Cavalry.  Despite the sale date of 26 February 2016, the claim includes a statement from 2 March 2016 asserting additional interest and fees owing to Capital One.  Conflict exists between who is the owner of this account and who is the proper party to be collecting on it.  Debtors reques the claim be disallowed.

DATED this 14 July 2016

                                               _/s/ Paul Ross_____
                                               PAUL ROSS

CERTIFICATE OF MAILING

I hereby certify that on 14 July 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    U.S. Trustee, ECF

    Kathleen McCallister, ECF

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

    Cavalry Spv I, LLC
    c/o Bass & Associates, P.C.
    3936 E Ft Lowell Rd, Ste #200
    Tucson, AZ  85712

    CT Corporation System
    Registered Agent for Cavalry SPV I, LLC
    921 S Orchard St, Ste G
    Boise, ID  83705

Via certified mail, return receipt requested, addressed as follows:

    Stephen Anderson
    Manager of Cavalry Portfolio Services, LLC
    d/b/a Cavalry Investments Holdings
    d/b/a Cavalry Investments, LLC
    d/b/a Cavalry SPV I, LLC
    4050 E Cotton Center Blvd 20
    Phoenix, AZ  85040

                                                    /s/ Paul Ross
                                                    PAUL ROSS