**Fill in this information to identify the case:**

Debtor 1 __Stuart Kraus__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __IDAHO__
                                                              (State)

Case number __16-40222-JDP__

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

__Cavalry Spv I, LLC - Assignee of Capital One, N.A.__
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes. From whom?   __CAPITAL ONE, N.A.__

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Cavalry Spv I, LLC
c/o Bass & Associates, P.C.
Name

3936 E. Ft. Lowell Road, Suite #200
Number      Street

Tucson, AZ 85712
City                State              ZIP Code

Contact phone  (520) 577 - 1544

Contact email  info@bass-associates.com

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number      Street

_____
City                State              ZIP Code

Contact phone  (520) 577 - 1544

Contact email  info@bass-associates.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) __5__

Filed on __07/12/2016__
              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  _9_  _8_  _0_  _7_<br>Original Account Number:xxxxxxxxxxx1164 |

7. **How much is the claim?**   $ 53,534.77 _____. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card

9. **Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                        $_____
**Amount of the claim that is secured:**      $_____

**Amount of the claim that is unsecured:**  $ 53534.77 _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

11. **Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:   Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   08/03/2016
                   MM / DD / YYYY

/s/ Rita Torres
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Rita Torres
            First name          Middle name          Last name

Title       Administrative Assistant

Company     Bass & Associates, P.C.
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     3936 E. Ft. Lowell Road
            Number        Street

            Tucson                        AZ    85712-1083
            City                          State  ZIP Code

Contact phone   (520) 577 - 1544         Email   info@bass-associates.com

---

**Bass & Associates, P.C.**

| Debtor(s) Name: | Stuart Kraus |
|---|---|
| Account Number: | **********9807 |

### Claim Based on an Open-End or Revolving Consumer Credit Agreement

---

(i) The name of the entity from whom the creditor purchased the account:

CAPITAL ONE, N.A.

---

(ii) The name of the entity to whom the debt was owed at the time of an account holder's last transaction on the account:

CAPITAL ONE, N.A.

---

(iii)    The date of the account holder's last transaction:  11/30/2015

---

(iv)    The date of the last payment on the account:    11/30/2015

---

(v) The date on which the account was charged to profit and loss: 03/31/2016

# LIMITED POWER OF ATTORNEY

Cavalry SPV I, LLC ("Company"), with respect to those certain bankruptcy proceeding accounts serviced by Bass & Associates, P.C. after October 1, 2014, hereby appoints and authorizes Bass & Associates, P.C. to be the Company's attorney-in-fact with limited power and authority to execute and file proofs of claim and reaffirmation agreements on the Company's behalf. This Power of Attorney shall be governed by and construed in accordance with the laws of the State of New York and expires on June 30, 2017, unless previously revoked by the Company.

IN WITNESS WHEREOF, Cavalry SPV I, LLC has caused this Limited Power of Attorney to be executed by its duly authorized representative this 25th day of February, 2016.

CAVALRY SPV I, LLC

By: _____

Its: _____EVP & GC_____


STATE OF ___New York___ )    SS:

COUNTY OF ___Westchester___ )


On the 25th day of February, in the year 2016 before me, the undersigned, a Notary Public in and for said State, personally appeared _Christian Parker_ personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

> **DAVID BURKART**
> Notary Public, State of New York
> No. 02BU6110958
> Qualified in Putnam County
> Commission Expires June 1, 2016

Forward Flow Receivable Sale Agreement dated February 26, 2016

**BILL OF SALE**

**Closing Date:** April 18, 2016

Capital One, National Association ("Seller"), in consideration of a Purchase Price of ▮▮▮▮▮▮▮ and other valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale File entitled "20160413.PSB2EL.SLDFLE2.TXT, 20160413.PSB2FL.SLDFLE2.TXT, 20160413.PSB2GL.SLDFLE2.TXT, 20160413.PSB2HL.SLDFLE2.TXT, 20160413.PSB2IL.SLDFLE2.TXT, 20160413.PSB2JL.SLDFLE2.TXT" (which may be in electronic form) to Cavalry SPV I, LLC ("Buyer"), without recourse or representation except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

This Bill of Sale is delivered pursuant to that certain Forward Flow Receivable Sale Agreement, dated as of February 26, 2016, by and between Seller and Buyer (the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement.

The Cutoff Date for the Sale File was April 13, 2016.  The aggregate Unpaid Balance of the Accounts as of the Cutoff Date was ▮▮▮▮▮▮▮

CAPITAL ONE, NATIONAL ASSOCIATION

By: _____

Name: John H. Maurer

Title: Vice President, Loss Mitigation

**Forward Flow Receivable Sale Agreement dated February 26, 2016**

### AFFIDAVIT OF SALE
### OF ACCOUNT
### BY CREDITOR

State of Virginia, County of Goochland.

John H. Maurer being duly sworn, deposes and says:

I am over 18 and not a party to this action.  I am a Vice President of Capital One, National Association.  In that position I am aware of the process of the sale and assignment of electronically stored business records.

On or about April 13, 2016, Capital One, National Association sold a pool of charged-off accounts (the Accounts) by a Forward Flow Receivable Sale Agreement and a Bill of Sale to Cavalry SPV I, LLC.  As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of Capital One, National Association.

I am not aware of any errors in these accounts.  The above statements are true to the best of my knowledge.

Signed this 26th day of April, 2016.

John H. Maurer
Vice President, Loss Mitigation


        SUBSCRIBED and sworn to before me, the undersigned Notary Public in the jurisdiction aforesaid, by John H. Maurer, who is personally known to me and who acknowledged before me his signature to the foregoing Affidavit.

        GIVEN under my hand and seal this 26th day of April, 2016.

Medea L. White
Notary Public

Capital One Confidential

Forward Flow Receivable Sale Agreement dated February 26, 2016

## CERTIFICATE OF CONFORMITY

**CERTIFICATE OF CONFORMITY
MADE PURSUANT TO
CPLR 2309(c)
and RPL 299-a**

I, Morgan L. Manning, an attorney-at-law admitted to practice in the Commonwealth of
Virginia, do hereby certify that Medea L. White, is a notary public in and for the Commonwealth
of Virginia, in the jurisdiction aforementioned and the acknowledgment upon affidavits for
Capital One, National Association are taken in the manner prescribed by the laws of the
Commonwealth of Virginia and conforms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, this 27th day of
April, 2016.

Morgan L. Manning, Esq.
Attorney at Law, Commonwealth of Virginia

Debtor 1  **Stuart Lynn Kraus**
Debtor 2  **Julie Kae Kraus**

Case number *(if know)* _____

| 4.3 | **Bank Of America** | **Last 4 digits of account number** | **1242** | **$0.00** |

Nonpriority Creditor's Name

**PO Box 5170**
**Simi Valley, CA 93065**

**When was the debt incurred?**    **Opened 10/01/01  Last Active 3/25/09**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

| 4.4 | **Capital One** | **Last 4 digits of account number** | **1164** | **$51,396.00** |

Nonpriority Creditor's Name

**Po Box 30253**
**Salt Lake City, UT 84130**

**When was the debt incurred?**    **Opened  1/01/04  Last Active 11/30/15**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

| 4.5 | **CBNA** | **Last 4 digits of account number** | **5630** | **$0.00** |

Nonpriority Creditor's Name

**PO Box 6283**
**Sioux Falls, SD 57117**

**When was the debt incurred?**    **Opened  9/01/96  Last Active 9/11/04**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

# GM Card

**MasterCard**

GM Card Account Statement
Account Number **REDACTED** 1164
From February 2, 2016 to March 2, 2016

**STUART L KRAUS**

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $52,839.37 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $8,476.00 |
| Fees Charged | + | $35.00 |
| Interest Charged | + | $660.40 |
| New Balance | | $53,534.77 |
| | | |
| Revolving Credit Limit | | $0.00 |
| Revolving Credit Available | | $0.00 |
| Cash Advance Limit† | | $0.00 |
| Cash Advance Available | | $0.00 |
| Statement Closing Date | | March 2, 2016 |
| Days in Billing Cycle | | 29 |

†Cash Advance Limit is a portion of Total Credit Limit.

## Payment Information

| | |
|---|---|
| New Balance | $53,534.77 |
| Minimum Payment Due | $9,707.00 |
| Payment Due Date | March 27, 2016 |

**Late Payment Warning:**  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.65%.

**Minimum Payment Warning:**  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 41 Years | $120,120 |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-888-763-5655 |
| Español | 1-888-763-5655 |
| Lost or Stolen Card | 1-800-374-0001 |
| Outside USA Collect | 1-702-243-1567 |

Payment Address:  Capital One Card Services, PO Box 60507, City Of Industry, CA 91716-0507

Billing Inquiries:  Customer Center, P.O. Box 30256, Salt Lake City, UT 84130-0256

Manage Your account online at www.gmcard.com

## Important Information

You can pay your bill online or over the phone. It's free!

Your account is over the credit limit. Please pay your total due of $38,765.77, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

---

Detach and return bottom portion with your payment     **REDACTED**     See reverse side for important information



STUART L KRAUS
REDACTE E 700 N
JACKSON ID 83350-5022

| | |
|---|---|
| **Account Number:** | **REDACTED** -1164 |
| **New Balance** | $53,534.77 |
| **Minimum Payment Due** | $9,707.00 |
| **Payment Due Date** | 03/27/2016 |

Include account number on check to Capital One Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

100     AMOUNT
ENCLOSED     $ ☐☐☐☐☐.☐☐

CAPITAL ONE CARD SERVICES
PO BOX 60507
CITY OF INDUSTRY CA 91716-0507

**REDACTED**

**How Can I Avoid Paying Interest Charges?** If we did not charge you interest on the new Balance on your last statement, and you pay your New Balance in full by the due date, we will not charge interest on any new transactions posted during the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next "New Balance" in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Balance Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total new balance and avoid paying Interest Charges on new purchases.

**How Do You Calculate The Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How Can My Variable Annual Percentage Rate (APR) Change?** If your account has variable rates, those APR(s) may change each month if the Prime rate changes. We calculate variable rates by adding a percentage to the Prime rate published in *The Wall Street Journal* that is in effect on the last day of each month. Variable rates will be updated monthly and will take effect on the first day of your next Billing Cycle. Any increase in the Prime rate may increase your Interest Charges and your Minimum Payment due.

**How Can I Avoid Annual Fees?** You may avoid paying the renewal Annual Fee (if applicable) on your account, if you close your account by writing to us at the "Billing Inquiries" address shown on the front of this statement and pay the balance in full within 30 days from the statement closing date on which you were charged the renewal Annual Fee. To avoid paying a periodic fee (e.g. monthly), close your account as instructed above and we will stop assessing it.

**How Do I make Payments?** You may make your payment in several ways:

1. Online at the web address listed on the front of this statement and logging into your account;
2. Telephone Voice Response System by dialing the phone number listed on the front of this statement and following the voice prompts;
3. Calling the telephone number listed on the front of this statement and providing your information to our representative;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When Will You Credit My Payment?** You may make your payment in several ways:
• For online or over the phone, as of the business day we receive it, as long as they are made by 8 pm ET.
• For mailed payments, as of the business day we receive it, as long as they are received by 5 pm local time at the payment address, and you send the bottom portion of this statement with your check to the payment address on the front of this statement. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

**How Do You Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to

balances with higher APRs. We may apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**How Do You Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**Billing Rights Summary (Does Not Apply to Small Business Accounts)**
**What To Do If You Think You Find a Mistake On Your Statement:** If you think there is an error on your statement, please write to us at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.

In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you *in writing* within 30 days of our receipt of your letter.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, the following must be true:
1. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Earnings:** Please refer to your applicable Program Rules for Earnings information. Capital One, N.A. is the issuer of this card. General Motors ("GM") is responsible for the operation and administration of the Earnings Program.

The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this document are the trademarks and/or service marks and/or copyrighted property of General Motors LLC, its subsidiaries, affiliates or licensors.

© 2015 Capital One. Capital One is a federally registered service mark.

SB023 (07/01/15)

---

SB023 (07/01/15)

# To ensure accuracy, please print neatly using uppercase letters and numbers only!

Change of address form.

Street number (if any)    Street Name or the words "PO BOX"    Unit or PO Box Number

City    State    Zip

Email Address

Home Phone (Primary)    Work Phone (Primary)

Mobile Phone    Work Phone (Secondary)



**GM Card**

STUART L KRAUS

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| No activity for this period. | | | | | |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 02/27/16 | 02/27/16 | LATE CHARGE ASSESSMENT | 1000000201022799996 9840 | $35.00 |
| | | Total Fees for This Period | | $35.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $207.26 |
| INTEREST CHARGE ON PURCHASES | $453.14 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $660.40 |

| Totals Year to Date | |
|---|---|
| Total fees charged | $70.00 |
| Total interest charged | $1,379.10 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR)  is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 14.49% (v) | $39,360.89 | $453.14 |
| CASH ADVANCES 80001 | 18.90% (v) | $13,802.57 | $207.26 |
| BALANCE TRANSFER 71111 | 14.49% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## Earnings Summary

| | | |
|---|---|---|
| Previous Earnings | $0.00 | Remember, when you make a purchase with your GM Card, you'll earn 5% in GM Card Earnings. Your Earnings can be combined with most GM national offers for an even better deal!† |
| Earnings Received | $0.00 | |
| Additional Earnings | $0.00 | |
| Earnings Adjustments | $0.00 | |
| Current Period Earnings | $0.00 | |
| New Earnings Total | $0.00 | |
| Anniversary Date | 01/01/04 | |
| Anniversary Y-T-D Earnings | $0.00 | |
| Lifetime Earnings Redeemed | $0.00 | |

## Customer News

Get a $100 mail-in rebate debit card from Certified Service when you buy a set of four select brand-name tires. See a participating dealer for eligible tire brands and details. Call 855-505-5050 or visit mycertifiedservice.com for details and to find a participating U.S. dealer. Offer ends 4/30/16.

## Customer News

A new Chevrolet, Buick, GMC or Cadillac vehicle may be closer than you think. Visit gmcard.com/login to view and manage your current Earnings balance now.

# GM Card

MasterCard

GM Card Account Statement
Account Number **REDACTED** 1164
From January 1, **2016** to February 2, 2016

**STUART L KRAUS**

Page 1 of 2

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $52,085.67 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases/Debits + | $0.00 |
| Balance Transfers + | $0.00 |
| Cash Advances + | $0.00 |
| Past Due Amount | $7,193.00 |
| Fees Charged + | $35.00 |
| Interest Charged + | $718.70 |
| New Balance | $52,839.37 |
| | |
| Revolving Credit Limit | $0.00 |
| Revolving Credit Available | $0.00 |
| Cash Advance Limit† | $0.00 |
| Cash Advance Available | $0.00 |
| Statement Closing Date | February 2, 2016 |
| Days in Billing Cycle | 32 |

†Cash Advance Limit is a portion of Total Credit Limit.

## Payment Information

| | |
|---|---|
| New Balance | $52,839.37 |
| Minimum Payment Due | $8,476.00 |
| Payment Due Date | February 27, 2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.65%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 41 Years | $120,136 |

If you would like information about credit counseling services call 1-866-569-2227.

## Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-888-763-5655 |
| Español | 1-888-763-5655 |
| Lost or Stolen Card | 1-800-374-0001 |
| Outside USA Collect | 1-702-243-1567 |

**Payment Address:** Capital One Card Services, PO Box 60507, City Of Industry, CA 91716-0507

**Billing Inquiries:** Customer Center, P.O. Box 30256, Salt Lake City, UT 84130-0256

Manage Your account online at www.gmcard.com

## Important Information

You can pay your bill online or over the phone. It's free!

Your account is over the credit limit. Please pay your total due of $38,122.37, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

---

Detach and return bottom portion with your payment    **REDACTED**                                                 See reverse side for important information



| | |
|---|---|
| **Account Number:** | **REDACTED** -1164 |
| **New Balance** | $52,839.37 |
| **Minimum Payment Due** | $8,476.00 |
| **Payment Due Date** | 02/27/2016 |

Include account number on check to Capital One Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

100    AMOUNT ENCLOSED    $ ☐☐☐☐☐.☐☐

STUART L KRAUS
REDACTE E 700 N
JACKSON ID 83350-5022

CAPITAL ONE CARD SERVICES
PO BOX 60507
CITY OF INDUSTRY CA 91716-0507

**REDACTED**

**How Can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge interest on any new transactions in the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next "New Balance" in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Balance Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total new balance and avoid paying Interest Charges on new purchases.

**How Do You Calculate The Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How Can My Variable Annual Percentage Rate (APR) Change?** If your account has variable rates, those APR(s) may change each month if the Prime rate changes. We calculate variable rates by adding a percentage to the Prime rate published in *The Wall Street Journal* that is in effect on the last day of each month. Variable rates will be updated monthly and will take effect on the first day of your next Billing Cycle. Any increase in the Prime rate may increase your Interest Charges and your Minimum Payment due.

**How Can I Avoid Annual Fees?** You may avoid paying the renewal Annual Fee (if applicable) on your account, if you close your account by writing to us at the "Billing Inquiries" address shown on the front of this statement and pay the balance in full within 30 days from the statement closing date on which you were charged the renewal Annual Fee. To avoid paying a periodic fee (e.g. monthly), close your account as instructed above and we will stop assessing it.

**How Do I make Payments?** You may make your payment in several ways:

1. Online at the web address listed on the front of this statement and logging into your account;
2. Telephone Voice Response System by dialing the phone number listed on the front of this statement and following the voice prompts;
3. Calling the telephone number listed on the front of this statement and providing your information to our representative;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When Will You Credit My Payment?** You may make your payment in several ways:
• For online or over the phone, as of the business day we receive it, as long as they are made by 8 pm ET.
• For mailed payments, as of the business day we receive it, as long as they are received by 5 pm local time at the payment address, and you send the bottom portion of this statement with your check to the payment address on the front of this statement. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

**How Do You Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. Any payment in excess of your Minimum Payment will generally be applied to the balance with the highest APR, and then to balances with lower APRs.

**How Do You Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**Billing Rights Summary (Does Not Apply to Small Business Accounts)**
**What To Do If You Think You Find a Mistake On Your Statement:** If you think there is an error on your statement, please write to us at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you *in writing* within 30 days of our receipt of your letter.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, the following must be true:
1. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Earnings:** Please refer to your applicable Program Rules for Earnings information. Capital One, N.A. is the issuer of this card. General Motors ("GM") is responsible for the operation and administration of the Earnings Program.
The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this document are the trademarks and/or service marks and/or copyrighted property of General Motors LLC, its subsidiaries, affiliates or licensors.

© 2015 Capital One. Capital One is a federally registered service mark.

SB023 (07/01/15)

---

SB023 (07/01/15)

## To ensure accuracy, please print neatly using uppercase letters and numbers only!

Change of address form.

Street number (if any)

Street Name or the words "PO BOX"

Unit or PO Box Number

City

State

Zip

Email Address

Home Phone (Primary)

Work Phone (Primary)

Mobile Phone

Work Phone (Secondary)



**GM Card**

STUART L KRAUS

Page 2 of 2

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| No activity for this period. | | | | | |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 01/27/16 | 01/27/16 | LATE CHARGE ASSESSMENT | 1000000201012799979880 | $35.00 |
| | | Total Fees for This Period | | $35.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $225.12 |
| INTEREST CHARGE ON PURCHASES | $493.58 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $718.70 |

| Totals Year to Date | |
|---|---|
| Total fees charged | $35.00 |
| Total interest charged | $718.70 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 14.49% (v) | $38,854.15 | $493.58 |
| CASH ADVANCES 80001 | 18.90% (v) | $13,586.38 | $225.12 |
| BALANCE TRANSFER 71111 | 14.49% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## Earnings Summary

| | |
|---|---|
| Previous Earnings | $0.00 |
| Earnings Received | $0.00 |
| Additional Earnings | $0.00 |
| Earnings Adjustments | $0.00 |
| Current Period Earnings | $0.00 |
| New Earnings Total | $0.00 |
| Anniversary Date | 01/01/04 |
| Anniversary Y-T-D Earnings | $0.00 |
| Lifetime Earnings Redeemed | $0.00 |

Remember, when you make a purchase with your GM Card, you'll earn 5% in GM Card Earnings. Your Earnings can be combined with most GM national offers for an even better deal!†

## Customer News

Take advantage of Certified Service Everyday Value Pricing and current offers on our most popular vehicle services, including oil changes, brake services, tires and more–only available at participating Chevrolet, Buick, GMC and Cadillac dealers. Call 855-505-5050 or visit mycertifiedservice.com to view all offers and to locate a dealer.

## Customer News

A new Chevrolet, Buick, GMC or Cadillac vehicle may be closer than you think. Visit gmcard.com/login to view and manage your current Earnings balance now.

# GM Card

GM Card Account Statement
Account Number **REDACTED**   1164

**STUART L KRAUS**

Page 1 of 2

From December 2, 2015 to January 1, 2016

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $51,396.88 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $0.00 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $5,983.00 |
| Fees Charged | + $35.00 |
| Interest Charged | + $653.79 |
| New Balance | $52,085.67 |
| | |
| Revolving Credit Limit | $0.00 |
| Revolving Credit Available | $0.00 |
| Cash Advance Limit† | $0.00 |
| Cash Advance Available | $0.00 |
| Statement Closing Date | January 1, 2016 |
| Days in Billing Cycle | 30 |

†Cash Advance Limit is a portion of Total Credit Limit.

## Payment Information

| | |
|---|---|
| New Balance | $52,085.67 |
| Minimum Payment Due | $7,193.00 |
| Payment Due Date | January 27, 2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.65%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 41 Years | $120,075 |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-888-763-5655 |
| Español | 1-888-763-5655 |
| Lost or Stolen Card | 1-800-374-0001 |
| Outside USA Collect | 1-702-243-1567 |

Payment Address: Capital One Card Services, PO Box 60507, City Of Industry, CA 91716-0507

Billing Inquiries: Customer Center, P.O. Box 30256, Salt Lake City, UT 84130-0256

Manage Your account online at www.gmcard.com

## Important Information

You can pay your bill online or over the phone. It's free!

Your account is over the credit limit. Please pay your total due of $37,295.67, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| No activity for this period. | | | | | |

---

Detach and return bottom portion with your payment    **REDACTED**    See reverse side for important information



| | |
|---|---|
| **Account Number:** | **REDACTED**   -1164 |
| **New Balance** | $52,085.67 |
| **Minimum Payment Due** | $7,193.00 |
| **Payment Due Date** | 01/27/2016 |

Include account number on check to Capital One Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

STUART L KRAUS
REDACTE E 700 N
JACKSON ID 83350-5022

100    AMOUNT
ENCLOSED    $ ☐☐☐☐☐.☐☐

CAPITAL ONE CARD SERVICES
PO BOX 60507
CITY OF INDUSTRY CA 91716-0507

**REDACTED**

**How Can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge interest on any new transactions in the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next "New Balance" in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Balance Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total new balance and avoid paying Interest Charges on new purchases.

**How Do You Calculate The Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How Can My Variable Annual Percentage Rate (APR) Change?** If your account has variable rates, those APR(s) may change each month if the Prime rate changes. We calculate variable rates by adding a percentage to the Prime rate published in *The Wall Street Journal* that is in effect on the last day of each month. Variable rates will be updated monthly and will take effect on the first day of your next Billing Cycle. Any increase in the Prime rate may increase your Interest Charges and your Minimum Payment due.

**How Can I Avoid Annual Fees?** You may avoid paying the renewal Annual Fee (if applicable) on your account, if you close your account by writing to us at the "Billing Inquiries" address shown on the front of this statement and pay the balance in full within 30 days from the statement closing date on which you were charged the renewal Annual Fee. To avoid paying a periodic fee (e.g. monthly), close your account as instructed above and we will stop assessing it.

**How Do I make Payments?** You may make your payment in several ways:

1. Online at the web address listed on the front of this statement and logging into your account;
2. Telephone Voice Response System by dialing the phone number listed on the front of this statement and following the voice prompts;
3. Calling the telephone number listed on the front of this statement and providing your information to our representative;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When Will You Credit My Payment?** You may make your payment in several ways:
• For online or over the phone, as of the business day we receive it, as long as they are made by 8 pm ET.
• For mailed payments, as of the business day we receive it, as long as they are received by 5 pm local time at the payment address, and you send the bottom portion of this statement with your check to the payment address on the front of this statement. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

**How Do You Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to

balances with higher APRs. We will apply any payment amount exceeding your Minimum Payment first to the balance with the highest APR, and then to balances with lower APRs.

**How Do You Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**Billing Rights Summary (Does Not Apply to Small Business Accounts)**
**What To Do If You Think You Find a Mistake On Your Statement:** If you think there is an error on your statement, please write to us at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.

In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you *in writing* within 30 days of our receipt of your letter.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, the following must be true:
1. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
While we investigate, the same rules apply to the disputed amount as discussed above.
After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Earnings:** Please refer to your applicable Program Rules for Earnings information. Capital One, N.A. is the issuer of this card. General Motors ("GM") is responsible for the operation and administration of the Earnings Program.
The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this document are the trademarks and/or service marks and/or copyrighted property of General Motors LLC, its subsidiaries, affiliates or licensors.

© 2015 Capital One. Capital One is a federally registered service mark.
SB 023 (07/01/15)

SB023 (07/01/15)

# To ensure accuracy, please print neatly using uppercase letters and numbers only!

Change of address form.

Street number (if any)          Street Name or the words "PO BOX"          Unit or PO Box Number

City                                                           State          Zip

Email Address

Home Phone (Primary)                                    Work Phone (Primary)

Mobile Phone                                             Work Phone (Secondary)



**STUART L KRAUS**

Page 2 of 2

## Transactions (continued)

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 12/27/15 | 12/27/15 | LATE CHARGE ASSESSMENT | 1000000201 1226999960700 | $35.00 |
| | | Total Fees for This Period | | $35.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $204.97 |
| INTEREST CHARGE ON PURCHASES | $448.82 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $653.79 |

| Totals Year to Date | |
|---|---|
| Total fees charged | $653.50 |
| Total interest charged | $4,847.73 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 14.24% (v) | $38,347.63 | $448.82 |
| CASH ADVANCES 80001 | 18.65% (v) | $13,371.48 | $204.97 |
| BALANCE TRANSFER 71111 | 14.49% (v) | $0.00 | $0.00 |
| v=Variable Rate | | | |

## Earnings Summary

| | | |
|---|---|---|
| Previous Earnings | $0.00 | Remember, when you make a purchase with your GM Card, you'll earn 5% in GM Card Earnings. Your Earnings can be combined with most GM national offers for an even better deal!† |
| Earnings Received | $0.00 | |
| Additional Earnings | $0.00 | |
| Earnings Adjustments | $0.00 | |
| Current Period Earnings | $0.00 | |
| New Earnings Total | $0.00 | |
| Anniversary Date | 01/01/04 | |
| Anniversary Y-T-D Earnings | $0.00 | |
| Lifetime Earnings Redeemed | $0.00 | |

## Customer News

Take advantage of Certified Service Everyday Value Pricing and current offers on our most popular vehicle services, including oil changes, brake services, tires and more-only available at participating Chevrolet, Buick, GMC and Cadillac dealers. Call 855-505-5050 or visit mycertifiedservice.com to view all offers and to locate a dealer.

## Customer News

A new Chevrolet, Buick, GMC or Cadillac vehicle may be closer than you think. Visit gmcard.com/login to view and manage your current Earnings balance now.

# GM Card

MasterCard

GM Card Account Statement
Account Number **REDACTED** 1164

**STUART L KRAUS**

Page 1 of 2

From November 2, 2015 to December 2, 2015

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $50,914.74 |
| Payments | - | $200.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $4,786.00 |
| Fees Charged | + | $35.00 |
| Interest Charged | + | $647.14 |
| New Balance | | $51,396.88 |
| | | |
| Revolving Credit Limit | | $0.00 |
| Revolving Credit Available | | $0.00 |
| Cash Advance Limit† | | $0.00 |
| Cash Advance Available | | $0.00 |
| Statement Closing Date | | December 2, 2015 |
| Days in Billing Cycle | | 30 |
| †Cash Advance Limit is a portion of Total Credit Limit. | | |

| Payment Information | |
|---|---|
| New Balance | $51,396.88 |
| Minimum Payment Due | $5,983.00 |
| Payment Due Date | December 27, 2015 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.40%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 41 Years | $119,099 |

If you would like information about credit counseling services call 1-866-569-2227.

| Questions? | |
|---|---|
| 24-Hour Automated Account Information | 1-888-763-5655 |
| Español | 1-888-763-5655 |
| Lost or Stolen Card | 1-800-374-0001 |
| Outside USA Collect | 1-702-243-1567 |

Payment Address: Capital One Card Services, PO Box 60507, City Of Industry, CA 91716-0507

Billing Inquiries: Customer Center, P.O. Box 30256, Salt Lake City, UT 84130-0256

Manage Your account online at www.gmcard.com

| Important Information |
|---|
| You can pay your bill online or over the phone. It's free! |
| Your account is over the credit limit. Please pay your total due of $36,593.88, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount. |

| Transactions |
|---|

| Payments/Returns/Credits | | | | |
|---|---|---|---|---|
| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
| 11/30/15 | 12/01/15 | PAYMENT BY PHONE - THANK YOU | 6546641533419P5ZW20YXVH | -$200.00 |
| | | Total Payments/Returns/Credits For This Period | | -$200.00 |

Detach and return bottom portion with your payment    **REDACTED**                                                    See reverse side for important information



| Account Number: | **REDACTED** -1164 |
|---|---|
| New Balance | $51,396.88 |
| Minimum Payment Due | $5,983.00 |
| Payment Due Date | 12/27/2015 |

Include account number on check to Capital One Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

STUART L KRAUS
REDACTE E 700 N
JACKSON ID 83350-5022

100   AMOUNT
ENCLOSED   $ ⬚⬚⬚⬚⬚.⬚⬚

CAPITAL ONE CARD SERVICES
PO BOX 60507
CITY OF INDUSTRY CA 91716-0507

**REDACTED**

**How Can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge interest on any new transactions in the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next "New Balance" in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Balance Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total new balance and avoid paying Interest Charges on new purchases.

**How Do You Calculate The Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How Can My Variable Annual Percentage Rate (APR) Change?** If your account has variable rates, those APR(s) may change each month if the Prime rate changes. We calculate variable rates by adding a percentage to the Prime rate published in *The Wall Street Journal* that is in effect on the last day of each month. Variable rates will be updated monthly and will take effect on the first day of your next Billing Cycle. Any increase in the Prime rate may increase your Interest Charges and your Minimum Payment due.

**How Can I Avoid Annual Fees?** You may avoid paying the renewal Annual Fee (if applicable) on your account, if you close your account by writing to us at the "Billing Inquiries" address shown on the front of this statement and pay the balance in full within 30 days from the statement closing date on which you were charged the renewal Annual Fee. To avoid paying a periodic fee (e.g. monthly), close your account as instructed above and we will stop assessing it.

**How Do I make Payments?** You may make your payment in several ways:

1. Online at the web address listed on the front of this statement and logging into your account;
2. Telephone Voice Response System by dialing the phone number listed on the front of this statement and following the voice prompts;
3. Calling the telephone number listed on the front of this statement and providing your information to our representative;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When Will You Credit My Payment?** You may make your payment in several ways:
• For online or over the phone, as of the business day we receive it, as long as they are made by 8 pm ET.
• For mailed payments, as of the business day we receive it, as long as they are received by 5 pm local time at the payment address, and you send the bottom portion of this statement with your check to the payment address on the front of this statement. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

**How Do You Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to

---

balances with higher APRs. If you pay more than your Minimum Payment, we apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**How Do You Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**Billing Rights Summary** (Does Not Apply to Small Business Accounts)
**What To Do If You Think You Find a Mistake On Your Statement:** If you think there is an error on your statement, please write to us at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you *in writing* within 30 days of our receipt of your letter.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, the following must be true:
1. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
While we investigate, the same rules apply to the disputed amount as discussed above.
After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Earnings:** Please refer to your applicable Program Rules for Earnings information. Capital One, N.A. is the issuer of this card. General Motors ("GM") is responsible for the operation and administration of the Earnings Program.
The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this document are the trademarks and/or service marks and/or copyrighted property of General Motors LLC, its subsidiaries, affiliates or licensors.

© 2015 Capital One. Capital One is a federally registered service mark.

SB023 (07/01/15)

---

SB023 (07/01/15)

## To ensure accuracy, please print neatly using uppercase letters and numbers only!

Change of address form.

Street number (if any)

Street Name or the words "PO BOX"

Unit or PO Box Number

City

State

Zip

Email Address

Home Phone (Primary)

Work Phone (Primary)

Mobile Phone

Work Phone (Secondary)



STUART L KRAUS                                                                                    Page 2 of 2

## Transactions (continued)

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| No activity for this period. | | | | | |

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 11/27/15 | 11/27/15 | LATE CHARGE ASSESSMENT | | 1000000201112799960980 | $35.00 |
| | | Total Fees for This Period | | | $35.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $201.85 |
| INTEREST CHARGE ON PURCHASES | $445.29 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $647.14 |

| Totals Year to Date | |
|---|---|
| Total fees charged | $618.50 |
| Total interest charged | $4,193.94 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR)  is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 14.24% (v) | $38,045.73 | $445.29 |
| CASH ADVANCES 80001 | 18.65% (v) | $13,168.13 | $201.85 |
| BALANCE TRANSFER 71111 | 14.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## Earnings Summary

| | | |
|---|---|---|
| Previous Earnings | $0.00 | Remember, when you make a purchase with your GM Card, you'll earn 5% in GM Card Earnings. Your Earnings can be combined with most GM national offers for an even better deal!† |
| Earnings Received | $0.00 | |
| Additional Earnings | $0.00 | |
| Earnings Adjustments | $0.00 | |
| Current Period Earnings | $0.00 | |
| New Earnings Total | $0.00 | |
| Anniversary Date | 01/01/04 | |
| Anniversary Y-T-D Earnings | $0.00 | |
| Lifetime Earnings Redeemed | $0.00 | |

## Customer News

A new Chevrolet, Buick, GMC or Cadillac vehicle may be closer than you think. Visit gmcard.com/login to view and manage your current Earnings balance now.

## Customer News

Register your email and stay connected! Visit gmcard.com/stayconnected and follow two easy steps. That's it. A confirmation email will be sent to the address you provide. Click on the link in the email to validate and you're in. Once registered, you'll be on the inside track to receive exclusive GM Card updates. Register online today!

## Customer News

Take advantage of Certified Service Everyday Value Pricing and current offers on our most popular vehicle services, including oil changes, brake services, tires and more-only available at participating Chevrolet, Buick, GMC and Cadillac dealers.  Call 855-505-5050 or visit mycertifiedservice.com to view all offers and to locate a dealer.

 **GM Card**

MasterCard

GM Card Account Statement
Account Number **REDACTED** 1164

**STUART L KRAUS**  Page 1 of 2  From October 2, 2015 to November 2, 2015

| Summary of Account Activity | |
|---|---|
| Previous Balance | $50,417.78 |
| Payments − | $200.00 |
| Other Credits − | $0.00 |
| Purchases/Debits + | $0.00 |
| Balance Transfers + | $0.00 |
| Cash Advances + | $0.00 |
| Past Due Amount | $3,779.00 |
| Fees Charged + | $35.00 |
| Interest Charged + | $661.96 |
| New Balance | $50,914.74 |
| | |
| Revolving Credit Limit | $0.00 |
| Revolving Credit Available | $0.00 |
| Cash Advance Limit† | $0.00 |
| Cash Advance Available | $0.00 |
| Statement Closing Date | November 2, 2015 |
| Days in Billing Cycle | 31 |

†Cash Advance Limit is a portion of Total Credit Limit.

**Payment Information**

| | |
|---|---|
| New Balance | $50,914.74 |
| Minimum Payment Due | $4,986.00 |
| Payment Due Date | November 27, 2015 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.40%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 41 Years | $119,282 |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**
24-Hour Automated Account Information  1-888-763-5655
Español  1-888-763-5655
Lost or Stolen Card  1-800-374-0001
Outside USA Collect  1-702-243-1567

Payment Address: Capital One Card Services, PO Box 60507, City Of Industry, CA 91716-0507
Billing Inquiries: Customer Center, P.O. Box 30256, Salt Lake City, UT 84130-0256
Manage Your account online at www.gmcard.com

| Important Information |
|---|
| You can pay your bill online or over the phone. It's free! |
| Your account is over the credit limit. Please pay your total due of $36,121.74, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount. |

| Transactions | | | | |
|---|---|---|---|---|
| | | **Payments/Returns/Credits** | | |
| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
| 10/30/15 | 10/31/15 | PAYMENT BY PHONE - THANK YOU | 6546641530319X7CMKRYK90 | -$200.00 |
| | | Total Payments/Returns/Credits For This Period | | -$200.00 |

Detach and return bottom portion with your payment  **REDACTED**  See reverse side for important information



| | |
|---|---|
| **Account Number:** | **REDACTED**  -1164 |
| **New Balance** | **$50,914.74** |
| **Minimum Payment Due** | **$4,986.00** |
| **Payment Due Date** | **11/27/2015** |

Include account number on check to Capital One Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

STUART L KRAUS
REDACTE E 700 N
JACKSON ID 83350-5022

100  AMOUNT
ENCLOSED  $ ⬚⬚⬚⬚⬚.⬚⬚

CAPITAL ONE CARD SERVICES
PO BOX 60507
CITY OF INDUSTRY CA 91716-0507



**REDACTED**

**How Contributes to Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge interest on any new transactions during the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next "New Balance" in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Balance Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total new balance and avoid paying Interest Charges on new purchases.

**How Do You Calculate The Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How Can My Variable Annual Percentage Rate (APR) Change?** If your account has variable rates, those APR(s) may change each month if the Prime rate changes. We calculate variable rates by adding a percentage to the Prime rate published in *The Wall Street Journal* that is in effect on the last day of each month. Variable rates will be updated monthly and will take effect on the first day of your next Billing Cycle. Any increase in the Prime rate may increase your Interest Charges and your Minimum Payment due.

**How Can I Avoid Annual Fees?** You may avoid paying the renewal Annual Fee (if applicable) on your account, if you close your account by writing to us at the "Billing Inquiries" address shown on the front of this statement and pay the balance in full within 30 days from the statement closing date on which you were charged the renewal Annual Fee. To avoid paying a periodic fee (e.g. monthly), close your account as instructed above and we will stop assessing it.

**How Do I make Payments?** You may make your payment in several ways:

1. Online at the web address listed on the front of this statement and logging into your account;
2. Telephone Voice Response System by dialing the phone number listed on the front of this statement and following the voice prompts;
3. Calling the telephone number listed on the front of this statement and providing your information to our representative;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When Will You Credit My Payment?** You may make your payment in several ways:
• For online or over the phone, as of the business day we receive it, as long as they are made by 8 pm ET.
• For mailed payments, as of the business day we receive it, as long as they are received by 5 pm local time at the payment address, and you send the bottom portion of this statement with your check to the payment address on the front of this statement. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

**How Do You Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to

balances with higher APRs. We'll apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**How Do You Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**Billing Rights Summary** (Does Not Apply to Small Business Accounts)
**What To Do If You Think You Find a Mistake On Your Statement:** If you think there is an error on your statement, please write to us at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you *in writing* within 30 days of our receipt of your letter.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, the following must be true:
1. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Earnings:** Please refer to your applicable Program Rules for Earnings information. Capital One, N.A. is the issuer of this card. General Motors ("GM") is responsible for the operation and administration of the Earnings Program.
The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this document are the trademarks and/or service marks and/or copyrighted property of General Motors LLC, its subsidiaries, affiliates or licensors.
© 2015 Capital One. Capital One is a federally registered service mark.

SB023 (07/01/15)

SB023 (07/01/15)

# To ensure accuracy, please print neatly using uppercase letters and numbers only!

Change of address form.

Street number (if any)

Street Name or the words "PO BOX"

Unit or PO Box Number

City

State

Zip

Email Address

Home Phone (Primary)

Work Phone (Primary)

Mobile Phone

Work Phone (Secondary)



GM Card

STUART L KRAUS

## Transactions (continued)

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| No activity for this period. | | | | | |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 10/27/15 | 10/27/15 | LATE CHARGE ASSESSMENT | 100000020110279999789360 | $35.00 |
| | | Total Fees for This Period | | $35.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $205.35 |
| INTEREST CHARGE ON PURCHASES | $456.61 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $661.96 |

| 2015 Totals Year to Date | |
|---|---|
| Total fees charged in 2015 | $583.50 |
| Total interest charged in 2015 | $3,546.80 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR)   is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 14.24% (v) | $37,754.95 | $456.61 |
| CASH ADVANCES 80001 | 18.65% (v) | $12,964.57 | $205.35 |
| BALANCE TRANSFER 71111 | 14.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## Earnings Summary

| | | |
|---|---|---|
| Previous Earnings | $0.00 | Remember, when you make a purchase with your GM Card, you'll earn 5% in GM Card Earnings. Your Earnings can be combined with most GM national offers for an even better deal!† |
| Earnings Received | $0.00 | |
| Additional Earnings | $0.00 | |
| Earnings Adjustments | $0.00 | |
| Current Period Earnings | $0.00 | |
| New Earnings Total | $0.00 | |
| Anniversary Date | 01/01/04 | |
| Anniversary Y-T-D Earnings | $0.00 | |
| Lifetime Earnings Redeemed | $0.00 | |

## Customer News

Get a $100 mail-in rebate debit card from Certified Service when you buy a set of four select brand-name tires.  See a participating dealer for eligible tire brands and details. Call 855-505-5050 or visit mycertifiedservice.com for details and to find a participating U.S. dealer. Offer ends 11/30/15.

## Customer News

A new Chevrolet, Buick, GMC or Cadillac vehicle may be closer than you think. Visit gmcard.com/login to view and manage your current Earnings balance now.

# GM Card

**GM Card Account Statement**
Account Number **REDACTED** 1164

STUART L KRAUS

Page 1 of 2

From September 2, 2015 to October 2, 2015

| Summary of Account Activity | |
|---|---|
| Previous Balance | $49,949.42 |
| Payments - | $200.00 |
| Other Credits - | $0.00 |
| Purchases/Debits + | $0.00 |
| Balance Transfers + | $0.00 |
| Cash Advances + | $0.00 |
| Past Due Amount | $2,806.00 |
| Fees Charged + | $35.00 |
| Interest Charged + | $633.36 |
| New  Balance | $50,417.78 |
| | |
| Revolving Credit Limit | $0.00 |
| Revolving Credit Available | $0.00 |
| Cash Advance Limit† | $0.00 |
| Cash Advance Available | $0.00 |
| Statement Closing Date | October 2, 2015 |
| Days in Billing Cycle | 30 |
| †Cash Advance Limit is a portion of Total Credit Limit. | |

**Payment Information**

| | |
|---|---|
| New Balance | $50,417.78 |
| Minimum Payment Due | $3,979.00 |
| Payment Due Date | October 27, 2015 |

Late Payment Warning:  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.40%.

Minimum Payment Warning:  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 41 Years | $119,438 |

If you would like information about credit counseling services call 1-866-569-2227.

Questions?
24-Hour Automated Account Information ........ 1-888-763-5655
Español .......................................................... 1-888-763-5655
Lost or Stolen Card ........................................ 1-800-374-0001
Outside USA Collect ...................................... 1-702-243-1567

Payment Address:  Capital One Card Services, PO Box 60507, City Of Industry, CA 91716-0507
Billing Inquiries:  Customer Center, P.O. Box 30256, Salt Lake City, UT 84130-0256
Manage Your account online at www.gmcard.com

## Important Information

You can pay your bill online or over the phone. It's free!

Your account is over the credit limit. Please pay your total due of $35,590.78, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 09/08/15 | 09/09/15 | PAYMENT BY PHONE - THANK YOU | 6546641525119RBCLL8BNYQ | -$100.00 |
| 09/28/15 | 09/28/15 | PAYMENT BY PHONE - THANK YOU | 6546641527119V371X3LM1K | -$100.00 |
| | | Total Payments/Returns/Credits  For This Period | | -$200.00 |

Detach and return bottom portion with your payment     **REDACTED**                                    See reverse side for important information



STUART L KRAUS
REDACTE E 700 N
JACKSON ID 83350-5022

| | |
|---|---|
| **Account Number:** | **REDACTED** -1164 |
| **New Balance** | $50,417.78 |
| **Minimum Payment Due** | $3,979.00 |
| **Payment Due Date** | 10/27/2015 |

Include account number on check to Capital One Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

100    AMOUNT ENCLOSED    $ ⬚⬚⬚⬚⬚.⬚⬚

CAPITAL ONE CARD SERVICES
PO BOX 60507
CITY OF INDUSTRY CA 91716-0507



**REDACTED**

**How Can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge interest on any new transactions during the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next "New Balance" in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Balance Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total new balance and avoid paying Interest Charges on new purchases.

**How Do You Calculate The Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How Can My Variable Annual Percentage Rate (APR) Change?** If your account has variable rates, those APR(s) may change each month if the Prime rate changes. We calculate variable rates by adding a percentage to the Prime rate published in *The Wall Street Journal* that is in effect on the last day of each month. Variable rates will be updated monthly and will take effect on the first day of your next Billing Cycle. Any increase in the Prime rate may increase your Interest Charges and your Minimum Payment due.

**How Can I Avoid Annual Fees?** You may avoid paying the renewal Annual Fee (if applicable) on your account, if you close your account by writing to us at the "Billing Inquiries" address shown on the front of this statement and pay the balance in full within 30 days from the statement closing date on which you were charged the renewal Annual Fee. To avoid paying a periodic fee (e.g. monthly), close your account as instructed above and we will stop assessing it.

**How Do I make Payments?** You may make your payment in several ways:

1. Online at the web address listed on the front of this statement and logging into your account;
2. Telephone Voice Response System by dialing the phone number listed on the front of this statement and following the voice prompts;
3. Calling the telephone number listed on the front of this statement and providing your information to our representative;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When Will You Credit My Payment?**
• For online or over the phone, as of the business day we receive it, as long as they are made by 8 pm ET.
• For mailed payments, as of the business day we receive it, as long as they are received by 5 pm local time at the payment address, and you send the bottom portion of this statement with your check to the payment address on the front of this statement. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

**How Do You Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to

balances with higher APRs. Then we apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**How Do You Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**Billing Rights Summary (Does Not Apply to Small Business Accounts)**
**What To Do If You Think You Find a Mistake On Your Statement:** If you think there is an error on your statement, please write to us at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you *in writing* within 30 days of our receipt of your letter.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, the following must be true:
1. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Earnings:** Please refer to your applicable Program Rules for Earnings information. Capital One, N.A. is the issuer of this card. General Motors ("GM") is responsible for the operation and administration of the Earnings Program.
The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this document are the trademarks and/or service marks and/or copyrighted property of General Motors LLC, its subsidiaries, affiliates or licensors.
© 2015 Capital One. Capital One is a federally registered service mark.

SB023 (07/01/15)

SB023 (07/01/15)

# To ensure accuracy, please print neatly using uppercase letters and numbers only!

Change of address form.

Street number (if any)   Street Name or the words "PO BOX"   Unit or PO Box Number

City   State   Zip

Email Address

Home Phone (Primary)   Work Phone (Primary)

Mobile Phone   Work Phone (Secondary)



MasterCard

GM Card Account Statement
Account Number **REDACTED** 1164
From September 2, 2015 to October 2, 2015

STUART L KRAUS

Page 2 of 2

---

### Transactions (continued)

#### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| No activity for this period. | | | | | |

#### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 09/27/15 | 09/27/15 | LATE CHARGE ASSESSMENT | | 1000000201092699978310 | $35.00 |
| | | Total Fees for This Period | | | $35.00 |

#### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $195.66 |
| INTEREST CHARGE ON PURCHASES | $437.70 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $633.36 |

| 2015 Totals Year to Date | |
|---|---|
| Total fees charged in 2015 | $548.50 |
| Total interest charged in 2015 | $2,884.84 |

---

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 14.24% (v) | $37,397.83 | $437.70 |
| CASH ADVANCES 80001 | 18.65% (v) | $12,764.13 | $195.66 |
| BALANCE TRANSFER 71111 | 14.24% (v) | $0.00 | $0.00 |
| v=Variable Rate | | | |

---

### Earnings Summary

| | | |
|---|---|---|
| Previous Earnings | $0.00 | Remember, when you make a purchase with your GM Card, you'll earn 5% in GM Earnings. Your Earnings can be combined with most GM national offers for an even better deal!† |
| Earnings Received | $0.00 | |
| Additional Earnings | $0.00 | |
| Earnings Adjustments | $0.00 | |
| Current Period Earnings | $0.00 | |
| New Earnings Total | $0.00 | |
| Anniversary Date | 01/01/04 | |
| Anniversary Y-T-D Earnings | $0.00 | |
| Lifetime Earnings Redeemed | $0.00 | |

---

### Customer News

Get a $100 mail-in rebate debit card from Certified Service when you buy a set of four select brand-name tires. See a participating dealer for eligible tire brands and details. Call 855-505-5050 or visit mycertifiedservice.com for details and to find a participating U.S. dealer. Offer ends 11/30/15.

---

### Customer News

A new Chevrolet, Buick, GMC or Cadillac vehicle may be closer than you think. Visit gmcard.com/login to view and manage your current Earnings balance now.

# GM Card

GM Card Account Statement
Account Number **REDACTED** 1164

**STUART L KRAUS**

Page 1 of 3

From July 2, 2015 to August 2, 2015

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $103.76 |
| Payments | - $45,195.44 |
| Other Credits | - $7.99 |
| Purchases/Debits | + $95,141.41 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $9,950.00 |
| Past Due Amount | $748.00 |
| Fees Charged | + $348.50 |
| Interest Charged | + $594.33 |
| New Balance | $50,984.57 |
| | |
| Revolving Credit Limit | $0.00 |
| Revolving Credit Available | $0.00 |
| Cash Advance Limit† | $0.00 |
| Cash Advance Available | $0.00 |
| Statement Closing Date | August 2, 2015 |
| Days in Billing Cycle | 31 |

†Cash Advance Limit is a portion of Total Credit Limit.

## Payment Information

| | |
|---|---|
| New Balance | $50,984.57 |
| Minimum Payment Due | $1,974.00 |
| Payment Due Date | August 27, 2015 |

Late Payment Warning :  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.40%.

Minimum Payment Warning:  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 41 Years | $123,500 |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-888-763-5655 |
| Español | 1-888-763-5655 |
| Lost or Stolen Card | 1-800-374-0001 |
| Outside USA Collect | 1-702-243-1567 |

Payment Address:  Capital One Card Services, PO Box 60507, City Of Industry, CA 91716-0507
Billing Inquiries:  Customer Center, P.O. Box 30256, Salt Lake City, UT 84130-0256
Manage Your account online at www.gmcard.com

## Important Information

You can pay your bill online or over the phone. It's free!

Your account is over the credit limit. Please pay your total due of $36,210.57, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 07/10/15 | 07/10/15 | PAYMENT- THANK YOU | 6546641519101DV574X110M | -$8,510.36 |
| 07/14/15 | 07/15/15 | PAYMENT- THANK YOU | 65466415195019L9MVRPTHQ | -$2,797.54 |
| 07/15/15 | 07/15/15 | PAYMENT- THANK YOU | 6546641519601ZZPCQP0X0M | -$4,887.54 |

Detach and return bottom portion with your payment  **REDACTED**

See reverse side for important information



STUART L KRAUS
REDACTE E 700 N
JACKSON ID 83350-5022

| Account Number: | **REDACTED** -1164 |
|---|---|
| New Balance | $50,984.57 |
| Minimum Payment Due | $1,974.00 |
| Payment Due Date | 08/27/2015 |

Include account number on check to Capital One Card Services. Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

100    AMOUNT
ENCLOSED    $ ☐ ☐ ☐ ☐ ☐ . ☐ ☐

CAPITAL ONE CARD SERVICES
PO BOX 60507
CITY OF INDUSTRY CA 91716-0507

**REDACTED**

**How Can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge interest on any new transactions posted to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next "New Balance" in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Balance Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total new balance and avoid paying Interest Charges on new purchases.

**How Do You Calculate The Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How Can My Variable Annual Percentage Rate (APR) Change?** If your account has variable rates, those APR(s) may change each month if the Prime rate changes. We calculate variable rates by adding a percentage to the Prime rate published in *The Wall Street Journal* that is in effect on the last day of each month. Variable rates will be updated monthly and will take effect on the first day of your next Billing Cycle. Any increase in the Prime rate may increase your Interest Charges and your Minimum Payment due.

**How Can I Avoid Annual Fees?** You may avoid paying the renewal Annual Fee (if applicable) on your account, if you close your account by writing to us at the "Billing Inquiries" address shown on the front of this statement and pay the balance in full within 30 days from the statement closing date on which you were charged the renewal Annual Fee. To avoid paying a periodic fee (e.g. monthly), close your account as instructed above and we will stop assessing it.

**How Do I make Payments?** You may make your payment in several ways:

1. Online at the web address listed on the front of this statement and logging into your account;
2. Telephone Voice Response System by dialing the phone number listed on the front of this statement and following the voice prompts;
3. Calling the telephone number listed on the front of this statement and providing your information to our representative;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When Will You Credit My Payment?** You may make your payment in several ways:
• For online or over the phone, as of the business day we receive it, as long as they are made by 8 pm ET.
• For mailed payments, as of the business day we receive it, as long as they are received by 5 pm local time at the payment address, and you send the bottom portion of this statement with your check to the payment address on the front of this statement. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

**How Do You Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to

balances with higher APRs. Any payment in excess of your Minimum Payment will be applied to balances with the highest APR, and then to balances with lower APRs.

**How Do You Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**Billing Rights Summary** (Does Not Apply to Small Business Accounts)
**What To Do If You Think You Find a Mistake On Your Statement:** If you think there is an error on your statement, please write to us at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you *in writing* within 30 days of our receipt of your letter.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, the following must be true:
1. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Earnings:** Please refer to your applicable Program Rules for Earnings information. Capital One, N.A. is the issuer of this card. General Motors ("GM") is responsible for the operation and administration of the Earnings Program.
The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this document are the trademarks and/or service marks and/or copyrighted property of General Motors LLC, its subsidiaries, affiliates or licensors.
© 2015 Capital One. Capital One is a federally registered service mark.

SB023 (07/01/15)

SB023 (07/01/15)

# To ensure accuracy, please print neatly using uppercase letters and numbers only!

Change of address form.

Street number (if any)    Street Name or the words "PO BOX"    Unit or PO Box Number

City    State    Zip

Email Address

Home Phone (Primary)    Work Phone (Primary)

Mobile Phone    Work Phone (Secondary)



# GM Card

MasterCard

| | | | |
|---|---|---|---|
| | | GM Card Account Statement | |
| STUART L KRAUS | | Account Number **REDACTED** 1164 | |
| | Page 2 of 3 | From July 2, 2015 to August 2, 2015 | |

| Transactions (continued) | | | | |
|---|---|---|---|---|
| 07/14/15 | 07/16/15 | BC PRODUCTIONS INC    PORTLAND    ME | MT151970242000010024282 | -$7.99 |
| 07/26/15 | 07/27/15 | PAYMENT- THANK YOU | 65466415207016CFYGCT2KY | -$29,000.00 |
| | | Total Payments/Returns/Credits For This Period | | -$45,203.43 |

| Purchases/Debits | | | | | |
|---|---|---|---|---|---|
| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
| 07/02/15 | 07/03/15 | ESH*SMARTPROTECT PREM  855-358-8482 GA | | MT151840239000010011972 | $9.95 |
| 07/06/15 | 07/07/15 | FIRST FEDERAL      RUPERT      ID | | MT151880234000010039042 | $2,000.00 |
| 07/07/15 | 07/08/15 | USPS 15115003135502913 BURLEY      ID | | MT151890241000010002057 | $224.80 |
| 07/07/15 | 07/08/15 | USPS 15115003135502913 BURLEY      ID | | MT151890241000010002058 | $186.38 |
| 07/07/15 | 07/08/15 | SQ *ACADIA MUSIC, LLC  Rupert      ID | | MT151890241000010011233 | $11.65 |
| 07/07/15 | 07/08/15 | FIRST FEDERAL      RUPERT      ID | | MT151890241000010040392 | $1,950.00 |
| 07/07/15 | 07/08/15 | MAVERIK #354      RUPERT      ID | | MT151890263000010018320 | $6.95 |
| 07/07/15 | 07/09/15 | MR GAS #4        RUPERT      ID | | MT151900243000010024973 | $62.17 |
| 07/08/15 | 07/09/15 | USPS154225056635519925 HEYBURN      ID | | MT151900243000010002288 | $81.85 |
| 07/08/15 | 07/09/15 | USPS154225056635519925 HEYBURN      ID | | MT151900243000010002289 | $256.40 |
| 07/08/15 | 07/09/15 | GO WIRELESS ID 1102  BURLEY      ID | | MT151900265000010024710 | $3,497.95 |
| 07/08/15 | 07/10/15 | RIDLEY'S FAMILY MARK  RUPERT      ID | | MT151910241000010024046 | $41.69 |
| 07/09/15 | 07/10/15 | USPS 15115003135502913 BURLEY      ID | | MT151910241000010001667 | $132.50 |
| 07/10/15 | 07/11/15 | NEW STAR COMM INT    801 852 0804 UT | | MT151920240000010034787 | $5.99 |
| 07/10/15 | 07/13/15 | CCBill.com *DH Servic 888-5969279  AZ | | MT151940233000010057558 | $33.64 |
| | | 07/10/15      30,00 EUR | | MT151940233000010057558 | |
| 07/11/15 | 07/13/15 | CASH WELLS FARGO C/A # BURLEY      ID | | MT151940233000010019857 | $2,000.00 |
| 07/11/15 | 07/13/15 | GREASE MONKEY #694   RUPERT      ID | | MT151940233000010093533 | $365.98 |
| 07/11/15 | 07/13/15 | RIDLEY'S FAMILY MARK  RUPERT      ID | | MT151940235000010023944 | $32.16 |
| 07/11/15 | 07/13/15 | RIDLEY'S FAMILY MARK  RUPERT      ID | | MT151940235000010023945 | $65.00 |
| 07/12/15 | 07/13/15 | SUBWAY      00265496 RUPERT      ID | | MT151940233000010008413 | $16.43 |
| 07/12/15 | 07/13/15 | SMITHS FOOD #4123    BURLEY      ID | | MT151940235000010016097 | $5.30 |
| 07/12/15 | 07/13/15 | SMITHS FOOD #4123    BURLEY      ID | | MT151940235000010016098 | $38.85 |
| 07/13/15 | 07/14/15 | FIRST FEDERAL      RUPERT      ID | | MT151950241000010035339 | $2,000.00 |
| 07/13/15 | 07/14/15 | RUPERT MED. CTN.    RUPERT      ID | | MT151950259000010019753 | $30.00 |
| 07/13/15 | 07/15/15 | FAMILY DOLLAR #6397  RUPERT      ID | | MT151960240000010014964 | $36.73 |
| 07/13/15 | 07/15/15 | MR GAS #4        RUPERT      ID | | MT151960242000010019692 | $62.76 |
| 07/13/15 | 07/15/15 | MR GAS #4        RUPERT      ID | | MT151960242000010019693 | $49.60 |
| 07/13/15 | 07/15/15 | BC PRODUCTIONS INC    PORTLAND    ME | | MT151960242000010023599 | $7.99 |
| 07/10/15 | 07/16/15 | RETURNED PAYMENT | | 6546641519101DV574X110M | $8,510.36 |
| 07/15/15 | 07/17/15 | RIDLEY'S FAMILY MARK  RUPERT      ID | | MT151980242000010019535 | $27.68 |
| 07/16/15 | 07/17/15 | BEST BUY    00008748 TWIN FALLS    ID | | MT151980241000010000621 | $752.58 |
| 07/16/15 | 07/17/15 | JCPENNEY 1024      BURLEY      ID | | MT151980241000010014349 | $43.21 |
| 07/16/15 | 07/17/15 | JCPENNEY 2275      TWIN FALLS    ID | | MT151980241000010014388 | $32.80 |
| 07/16/15 | 07/17/15 | SHOPKO      00500678 TWIN FALLS    ID | | MT151980242000010000217 | $40.01 |
| 07/16/15 | 07/17/15 | FIRST FEDERAL      BURLEY      ID | | MT151980242000010035658 | $2,000.00 |
| 07/16/15 | 07/17/15 | A EAGLE OUTFTR00022277 TWIN FALLS    ID | | MT151980264000010000658 | $157.44 |
| 07/16/15 | 07/17/15 | ZALES #1477      TWIN FALLS    ID | | MT151980264000010002884 | $546.04 |
| 07/16/15 | 07/17/15 | WAL-MART #1900    BURLEY      ID | | MT151980264000010026092 | $7.10 |
| 07/16/15 | 07/17/15 | WAL-MART #1900    BURLEY      ID | | MT151980264000010026095 | $22.90 |
| 06/25/15 | 07/21/15 | RETURNED PAYMENT | | 6546641517601YDK6THFH2Y | $16,284.35 |
| 06/30/15 | 07/21/15 | RETURNED PAYMENT | | 6546641518101NS4V6HS4TJ | $16,047.04 |
| 07/01/15 | 07/21/15 | RETURNED PAYMENT | | 6546641518247YND026DVY1 | $701.12 |
| 07/14/15 | 07/21/15 | RETURNED PAYMENT | | 65466415195019L9MVRPTHQ | $2,797.54 |
| 07/15/15 | 07/21/15 | RETURNED PAYMENT | | 6546641519601ZZPCQP0X0M | $4,887.54 |
| 07/21/15 | 07/21/15 | INTEREST DEBIT ADJUSTMENT | | 1000000201072199976450 | $50.89 |
| 07/21/15 | 07/21/15 | INTEREST DEBIT ADJUSTMENT | | 1000000201072199976480 | $3.16 |
| 07/21/15 | 07/21/15 | INTEREST DEBIT ADJUSTMENT | | 1000000201072199976470 | $16.38 |
| 07/21/15 | 07/21/15 | INTEREST DEBIT ADJUSTMENT | | 1000000201072199976490 | $0.55 |
| 07/26/15 | 07/31/15 | RETURNED PAYMENT | | 65466415207016CFYGCT2KY | $29,000.00 |
| | | Total Purchases For This Period | | | $95,141.41 |

| Fees | | | | |
|---|---|---|---|---|
| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
| 07/07/15 | 07/07/15 | CASH ADVANCE FEE FINANCE CHARGE | 1000000201070799961030 | $60.00 |



GM Card Account Statement
Account Number **REDACTED**   1164

**STUART L KRAUS**

Page 3 of 3

From July 2, 2015 to August 2, 2015

### Transactions (continued)

| | | | | |
|---|---|---|---|---|
| 07/08/15 | 07/08/15 | CASH ADVANCE FEE FINANCE CHARGE | 1000000020107089999979950 | $58.50 |
| 07/13/15 | 07/13/15 | CASH ADVANCE FEE FINANCE CHARGE | 1000000020107139999979690 | $60.00 |
| 07/14/15 | 07/14/15 | CASH ADVANCE FEE FINANCE CHARGE | 1000000020107149999976500 | $60.00 |
| 07/17/15 | 07/17/15 | CASH ADVANCE FEE FINANCE CHARGE | 1000000020107179999962490 | $60.00 |
| 06/27/15 | 07/21/15 | LATE CHARGE ASSESSMENT | 1000000020107219999976460 | $35.00 |
| 07/27/15 | 07/31/15 | LATE CHARGE ASSESSMENT | 1000000020107319999961770 | $15.00 |
| | | Total Fees for This Period | | $348.50 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $156.02 |
| INTEREST CHARGE ON PURCHASES | $438.31 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $594.33 |

| 2015 Totals Year to Date | |
|---|---|
| Total fees charged in 2015 | $478.50 |
| Total interest charged in 2015 | $1,604.55 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR)   is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 14.24% (v) | $36,241.79 | $438.31 |
| CASH ADVANCES 80001 | 18.65% (v) | $9,849.90 | $156.02 |
| BALANCE TRANSFER 71111 | 14.24% (v) | $0.00 | $0.00 |

v=Variable Rate

### Earnings Summary

| | | |
|---|---|---|
| Previous Earnings | $0.00 | Remember, when you make a purchase with your GM Card, you'll earn 5% in GM Card Earnings. Your Earnings can be combined with most GM national offers for an even better deal!† |
| Earnings Received | $0.00 | |
| Additional Earnings | $0.00 | |
| Earnings Adjustments | $0.00 | |
| Current Period Earnings | $0.00 | |
| New Earnings Total | $0.00 | |
| Anniversary Date | 01/01/04 | |
| Anniversary Y-T-D Earnings | $0.00 | |
| Lifetime Earnings Redeemed | $0.00 | |

### Customer News

Take advantage of Certified Service Everyday Value Pricing and current offers on our most popular vehicle services, including oil changes, brake services, tires and more – only available at participating Chevrolet, Buick, GMC and Cadillac dealers. Call 855-505-5050 or visit mycertifiedservice.com to view all offers and to locate a dealer.

### Customer News

A new Chevrolet, Buick, GMC or Cadillac vehicle may be closer than you think. Visit gmcard.com/login to view and manage your current Earnings balance now.

## GM Card

**STUART L KRAUS**

GM Card Account Statement
Account Number **REDACTED**  1164

Page 1 of 3

From June 2, 2015 to July 2, 2015

| Summary of Account Activity | |
| --- | --- |
| Previous Balance | $16,274.40 |
| Payments | - $33,032.51 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $16,798.77 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $2,000.00 |
| Past Due Amount | $0.00 |
| Fees Charged | + $60.00 |
| Interest Charged | + $3.10 |
| New  Balance | $103.76 |
| | |
| Revolving Credit Limit | $16,000.00 |
| Revolving Credit Available | $15,896.24 |
| Cash Advance Limit† | $4,000.00 |
| Cash Advance Available | $3,996.90 |
| Statement Closing Date | July 2, 2015 |
| Days in Billing Cycle | 30 |

†Cash Advance Limit is a portion of Total Credit Limit.

| Payment Information | |
| --- | --- |
| New Balance | $103.76 |
| Minimum Payment Due | $15.00 |
| Payment Due Date | July 27, 2015 |

**Late Payment Warning :**  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.40%.

**Minimum Payment Warning:**  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum Payment | 8 Months | $109 |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
| --- | --- |
| 24-Hour Automated Account Information | 1-888-763-5655 |
| Español | 1-888-763-5655 |
| Lost or Stolen Card | 1-800-374-0001 |
| Outside USA Collect | 1-702-243-1567 |

Payment Address:  Capital One Card Services, PO Box 60507, City Of Industry, CA 91716-0507
Billing Inquiries:  Customer Center, P.O. Box 30256, Salt Lake City, UT 84130-0256
Manage Your account online at www.gmcard.com

| Important Information |
| --- |
| You can pay your bill online or over the phone. It's free!
We noticed you've been enjoying our easy, mail-free payment options, so we will no longer be including return envelopes. If you haven't already, you can make things even easier by selecting the paperless statement option on your account online. |

| Transactions |
| --- |

**Payments/Returns/Credits**

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
| --- | --- | --- | --- | --- |
| 06/25/15 | 06/25/15 | PAYMENT- THANK YOU | 6546641517601YDK6THFH2Y | -$16,284.35 |
| 06/30/15 | 06/30/15 | PAYMENT- THANK YOU | 6546641518101NS4V6HS4TJ | -$16,047.04 |

---

Detach and return bottom portion with your payment    **REDACTED**    See reverse side for important information



STUART L KRAUS
REDACTE E 700 N
JACKSON ID 83350-5022

| | |
| --- | --- |
| **Account Number:** | **REDACTED**  -1164 |
| **New Balance** | **$103.76** |
| **Minimum Payment Due** | **$15.00** |
| **Payment Due Date** | **07/27/2015** |

Include account number on check to Capital One Card Services. Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

100   AMOUNT
ENCLOSED   $ ☐☐☐☐☐.☐☐

CAPITAL ONE CARD SERVICES
PO BOX 60507
CITY OF INDUSTRY CA 91716-0507



**REDACTED**

**How Cash Advances Accrue Interest Charges.** If you pay your statement's New Balance in full by the due date, we will not charge interest on any new transactions in the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next "New Balance" in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Balance Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total new balance and avoid paying Interest Charges on new purchases.

**How Do You Calculate The Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How Can My Variable Annual Percentage Rate (APR) Change?** If your account has variable rates, those APR(s) may change each month if the Prime rate changes. We calculate variable rates by adding a percentage to the Prime rate published in *The Wall Street Journal* that is in effect on the last day of each month. Variable rates will be updated monthly and will take effect on the first day of your next Billing Cycle. Any increase in the Prime rate may increase your Interest Charges and your Minimum Payment due.

**How Can I Avoid Annual Fees?** You may avoid paying the renewal Annual Fee (if applicable) on your account, if you close your account by writing to us at the "Billing Inquiries" address shown on the front of this statement and pay the balance in full within 30 days from the statement closing date on which you were charged the renewal Annual Fee. To avoid paying a periodic fee (e.g. monthly), close your account as instructed above and we will stop assessing it.

**How Do I make Payments?** You may make your payment in several ways:

1. Online at the web address listed on the front of this statement and logging into your account;
2. Telephone Voice Response System by dialing the phone number listed on the front of this statement and following the voice prompts;
3. Calling the telephone number listed on the front of this statement and providing your information to our representative;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When Will You Credit My Payment?**
• For online or over the phone, as of the business day we receive it, as long as they are made by 8 pm ET.
• For mailed payments, as of the business day we receive it, as long as they are received by 5 pm local time at the payment address, and you send the bottom portion of this statement with your check to the payment address on the front of this statement. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

**How Do You Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. If you pay more than your Minimum Payment, we apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**How Do You Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**Billing Rights Summary (Does Not Apply to Small Business Accounts)**
**What To Do If You Think You Find a Mistake On Your Statement:** If you think there is an error on your statement, please write to us at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.

In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you *in writing* within 30 days of our receipt of your letter.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, the following must be true:
1. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Capital One, PO Box 30256, Salt Lake City, UT 84130-0256.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Earnings:** Please refer to your applicable Program Rules for Earnings information. Capital One, N.A. is the issuer of this card. General Motors ("GM") is responsible for the operation and administration of the Earnings Program.

The marks of General Motors, its divisions, slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this document are the trademarks and/or service marks and/or copyrighted property of General Motors LLC, its subsidiaries, affiliates or licensors.

© 2015 Capital One. Capital One is a federally registered service mark.

SB023 (07/01/15)

---

SB023 (07/01/15)

# To ensure accuracy, please print neatly using uppercase letters and numbers only!

Change of address form.

Street number (if any)   Street Name or the words "PO BOX"   Unit or PO Box Number

City   State   Zip

Email Address

Home Phone (Primary)   Work Phone (Primary)

Mobile Phone   Work Phone (Secondary)



**GM Card**

STUART L KRAUS

## Transactions (continued)

| 07/01/15 | 07/01/15 | PAYMENT- THANK YOU | 6546641518247YND026DVY1 | -$701.12 |
|---|---|---|---|---|
| | | Total Payments/Returns/Credits For This Period | | -$33,032.51 |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 06/02/15 | 06/03/15 | ESH*SMARTPROTECT PREM 855-358-8482 GA | | MT15154023300001 0011072 | $9.95 |
| 06/26/15 | 06/29/15 | 1VIZN LLC        801 203 3522 UT | | MT15180024000001 0036459 | $110.95 |
| 06/27/15 | 06/29/15 | BEST BUY   00008748 TWIN FALLS   ID | | MT15180023700001 0006633 | $9,751.92 |
| 06/27/15 | 06/29/15 | IDAHO CENTRAL CREDIT U BURLEY      ID | | MT15180024000001 0032514 | $2,000.00 |
| 06/28/15 | 06/29/15 | SMITHS FOOD #4123    BURLEY      ID | | MT15180024000001 0016248 | $12.37 |
| 06/28/15 | 06/29/15 | SMITHS FOOD #4123    BURLEY      ID | | MT15180024000001 0016249 | $15.00 |
| 06/28/15 | 06/29/15 | SMITHS-FUEL #9123 Q74 BURLEY      ID | | MT15180024000001 0019959 | $61.63 |
| 06/28/15 | 06/29/15 | BEST BUY   00008748 TWIN FALLS   ID | | MT15180024600001 0001284 | $4,027.98 |
| 06/29/15 | 06/29/15 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | | MT15180024000001 0009930 | $7.19 |
| 06/28/15 | 06/30/15 | STOKES FRESH FOOD MA  BURLEY      ID | | MT15181024300001 0024148 | $24.77 |
| 06/29/15 | 06/30/15 | USPS154225056635519925 HEYBURN      ID | | MT15181024300001 0003011 | $676.35 |
| 06/30/15 | 07/01/15 | DTV*DIRECTV SERVICE  800-347-3288 CA | | MT15182024000001 0006749 | $100.66 |
| | | Total Purchases For This Period | | | $16,798.77 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 06/29/15 | 06/29/15 | CASH ADVANCE FEE FINANCE CHARGE | 10000002010629999961120 | $60.00 |
| | | Total Fees for This Period | | $60.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $3.10 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $3.10 |

| 2015 Totals Year to Date | |
|---|---|
| Total fees charged in 2015 | $130.00 |
| Total interest charged in 2015 | $939.24 |

### Partner Bonus and other Earnings Activity This Period

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 07/02/15 | 07/02/15 | EXPIRED EARNINGS | 20150702 10000 | $20.77 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR)  is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 14.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 18.65% (v) | $202.41 | $3.10 |
| BALANCE TRANSFER 71111 | 14.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

 **GM Card**

**STUART L KRAUS**

Page 3 of 3

## Earnings Summary

| | | | |
|---|---|---|---|
| Previous Earnings | $3,437.76 | Earnings Expiration | |
| | | Expired in JULY 2015 | -21 |
| Earnings Received | $739.95 | Expiring in AUGUST 2015 | $39.52 |
| Additional Earnings | $0.00 | Expiring in SEPTEMBER 2015 | $25.75 |
| Earnings Adjustments | -$20.77 | Expiring in OCTOBER 2015 | $24.14 |
| Current Period Earnings | $719.18 | | |
| New Earnings Total | $4,156.94 | | |
| Anniversary Date | 01/01/04 | | |
| Anniversary Y-T-D Earnings | $816.87 | | |
| Lifetime Earnings Redeemed | $0.00 | | |

## Customer News

Take advantage of Certified Service Everyday Value Pricing and current offers on our most popular vehicle services, including oil changes, brake services, tires and more – only available at participating Chevrolet, Buick, GMC and Cadillac dealers. Call 855-505-5050 or visit mycertifiedservice.com to view all offers and to locate a dealer.

## Customer News

A new Chevrolet, Buick, GMC or Cadillac vehicle may be closer than you think. Visit gmcard.com/login to view and manage your current Earnings balance now.