Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | |
| | Case No: 16-40222–JDP |
| **STUART LYNN KRAUS,** | Chapter 13 |
| **JULIE KAE KRAUS,** | |
| | |
| Debtors. | |

## WITHDRAWAL OF DOCUMENT

Debtors, through the undersigned attorney, file this Withdrawal of the Objection to Proof of Claim filed by Cavalry Spv I, LLC.  Cavalry has provided sufficient documentation to show the balance of the account and the rejection of payments.

DATED this 15 August 2016

                                                                                                    /s/ Paul Ross_____
                                                                                                    PAUL ROSS

CERTIFICATE OF MAILING

I hereby certify that on 15 August 2016 I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

U.S. Trustee, ECF
Kathleen McCallister, ECF

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

Cavalry SPV I, LLC
Bass & Associates, P.C.
3936 E Ft Lowell Rd, Ste #200
Tucson, AZ  85712

Via certified mail, return receipt requested, addressed as follows:

NA

                                                                                _/s/ Paul Ross_____
                                                                                PAUL ROSS